| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>Acting United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | ABRAHAM FINE (CABN 292647)<br>Assistant United States Attorney |

**FILED**

Aug 30 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
Abraham.fine@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>CONRAD DANDRIDGE,<br>    Defendant. | NO. 19-CR-0328-DMR<br><br>NOTICE OF DISMISSAL AND ORDER<br>(AS MODIFIED) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above information against Conrad Dandridge.

DATED: 8/30/2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

*Hallie Hoffman*
HALLIE HOFFMAN
Chief, Criminal Division

1  Leave is granted to the government to dismiss the information against Conrad Dandridge.
2  IT IS SO ORDERED.
3  Date: August 30, 2021

IT IS SO ORDERED AS MODIFIED

_____
HON. DONNA M. RYU
United States Magistrate Judge